# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Burgess, Johnnie L                    ,           Case No. _13-43304_
              Debtor

Chapter _7_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _76.50_          Check one  ☒ With the filing of the petition, or
                              ☐ On or before _____

$ _76.50_  on or before _December 5, 2013_
$ _76.50_  on or before _January 4, 2014_
$ _76.50_  on or before _February 3, 2014_

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _NOV 1 2 2013_

_____
United States Bankruptcy Judge